MORALES ET AL. *v.* CITY OF GALVESTON ET AL.

No. 167, Misc.   Decided October 17, 1960.

*Arthur J. Mandell* for petitioners.

*Preston Shirley* for the City of Galveston, and *Byron F. Williams* for Cardigan Shipping Co., Ltd., respondents.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted.   The judgment of the Court of Appeals is vacated and the case is remanded to that court for consideration in light of *Mitchell* v. *Trawler Racer, Inc.,* 362 U. S. 539.